# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:03cr76-6

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| HAROLD DEAN COLE. ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion for a copy of his Presentence Investigation Report [Doc. 284] and a subsequent motion filed by counsel to allow disclosure of the same [Doc. 291].

For good cause shown, the Court will grant counsel for the Defendant access to the Defendant's Presentence Investigation Report.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Allow the Disclosure of the Presentence Investigation Report [Doc. 291] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Probation Office is directed to file a copy of the final Presentence Investigation Report in the record of this matter so that Defendant's counsel may have access to it.

**IT IS FURTHER ORDERED** that the Defendant's *pro se* request for access to the Presentence Investigation Report [Doc. 284] is **DENIED AS**

**MOOT**.

The Clerk of Court is directed to provide a copy of this Order to counsel for the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED**.

Signed: October 1, 2012

Martin Reidinger
United States District Judge